PROB 12C
(6/16)

Report Date: February 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric James Harris | Case Number: 0980 1:16CR02067-SAB-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 22, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in possession, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | April 2, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | April 1, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 23, 2021, Mr. Harris was allegedly in violation of special condition number 4 by failing to report for urinalysis testing as directed.<br><br>On April 3, 2019, Mr. Harris' Court ordered conditions of supervision were explained to him. He was given a copy of his judgment and he indicated he understood his conditions.<br><br>Due to Mr. Harris' continued drug use, he was directed to report for random urinalysis testing. When the color GOLD2 was called, he was directed to report to Pioneer Human Services (PHS) before 5:30 p.m. to submit to testing.<br><br>On February 23, 2021, the color GOLD2 was called and Mr. Harris failed to report as directed. |

Prob12C
Re: Harris, Eric James
February 26, 2021
Page 2

| | |
|---|---|
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 23, 2021, Mr. Harris was allegedly in violation of special condition number 4 by using methamphetamine.

On April 3, 2019, Mr. Harris' Court ordered conditions of supervision were explained to him. He was given a copy of his judgment and he indicated he understood his conditions.

On February 24, 2021, Mr. Harris returned a call from the undersigned officer and disclosed he had relapsed on methamphetamine. He was directed to report to PHS to supply a urine sample.

He reported to PHS on February 24, 2021, and waived his urinalysis. He signed a drug use admission form stating he had used methamphetamine on February 23, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/1/2021
Date