PROB 12C
(6/16)

Report Date: April 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric James Harris | Case Number: 0980 1:16CR02067-SAB-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 22, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | April 2, 2019 |
| Defense Attorney: | Houston J. Goddard | Date Supervision Expires: | April 1, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/01/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On April 15, 2021, Mr. Harris allegedly violated his terms of supervision by failing to report for a random urinalysis test. |
| | On April 3, 2019, Mr. Harris' Court ordered conditions of supervision were explained to him. He was given a copy of his judgment and he indicated he understood his conditions. |
| | Mr. Harris  was instructed to call Pioneer Human Services (PHS) daily and to listen for the color BROWN. If the color BROWN was called, Mr. Harris would report to PHS and supply a urinalysis sample. |
| | On April 15, 2021, the color BROWN was called and Mr. Harris failed to report to PHS as instructed. He self-disclosed the reason for not reporting was due to continued drug use. |

Prob12C
Re: Harris, Eric James
April 20, 2021
Page 2

| | | |
|---|---|---|
| 4 | | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: On April 16, 2021, Mr. Harris allegedly violated his terms of supervision by failing to report to the undersigned officer as instructed.

On April 3, 2019, Mr. Harris' Court ordered conditions of supervision were explained to him. He was given a copy of his judgment and he indicated he understood his conditions.

On April 16, 2021, the undersigned officer instructed Mr. Harris to report to the U.S. Probation Office by no later than 4 p.m. Mr. Harris understood and verified that he would report as directed.

On April 16, 2021, Mr. Harris failed to report to the undersigned officer as instructed. At 5:47 p.m. a text was sent saying he did not report because he was scared to go back to jail.

| | | |
|---|---|---|
| 5 | | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On April 16, 2021, Mr. Harris allegedly violated his terms of supervision by testing positive for methamphetamine during a random drug test.

On April 3, 2019, Mr. Harris' Court ordered conditions of supervision were explained to him. He was given a copy of his judgment and he indicated he understood his conditions.

Mr. Harris was re-instructed to report to the U.S. Probation Office on April 19, 2021. He reported as directed and self-disclosed his struggles with methamphetamine use. Mr. Harris provided a sample that tested positive for amphetamine and methamphetamine.

On April 16, 2021, he signed a drug use admission form stating he used methamphetamine on April 15 and 16, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/20/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
Re: Harris, Eric James
April 20, 2021
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

4/20/2021
Date