PROB 12C
(6/16)

Report Date: September 29, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric James Harris | Case Number: 0980 1:16CR02067-SAB-1 |
| Address of Offender: | , Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 22, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: April 2, 2019 | |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: April 1, 2022 | |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Ms. Harris violated special condition number 4 by failing to submit to urinalysis testing as directed on August 25, September 3, 13, and 16, 2021. |
| | On April 3, 2021, Mr. Harris' revocation judgment was explained to him. He was given a copy of his judgment and he indicated he understood his conditions of supervised release. Specifically, he was advised and he understood he would be required to submit to drug testing. |
| | Mr. Harris has not submitted to drug testing since July 30, 2021. Mr. Harris was excused for the majority of August 2021, after testing positive for COVID-19. Following his period of quarantine and recovery, Mr. Harris was aware he would be subject to continued drug testing after August 20, 2021. |

Prob12C
Re: Harris, Eric James
September 29, 2021
Page 2

Mr. Harris was required to report on August 25, September 3 and 13, 2021, for drug testing when his drug testing color Brown was announced, but he failed to do so. Additionally, Mr. Harris failed to contact the probation office to make arrangements to provide a make-up urinalysis.

On September 16, 2021, Mr. Harris was contacted at his residence for a home visit. He was advised he had missed several of his drug screens and had not submitted to drug testing for some time. He was directed to report for a drug screening on the same date. This officer did not receive notification from Pioneer Behavioral Health of his failure to report for drug testing until September 27, 2021.

2  **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report the probation officer as instructed.

**Supporting Evidence:** It is alleged Ms. Harris violated standard condition number 2 by failing to report as directed on September 28, 2021.

On April 3, 2021, Mr. Harris' revocation judgment was explained to him. He was given a copy of his judgment and he indicated he understood his conditions of supervised release. Specifically, he was advised and he understood he was required to report as directed.

When this officer learned that Mr. Harris had failed to submit to drug testing on September 27, 2021, this officer contacted Mr. Harris, to no avail. Ultimately, this officer left a voicemail on Mr. Harris' phone and directed him to report to the office on September 28, 2021, at 10 a.m. This officer also contacted the mother of his child, Brittany Rankin, who he also lives with, and provided her with the instructions to relay to Mr. Harris. On September 28, 2021, Ms. Rankin reported Mr. Harris did not return to their residence and she was not successful in directing him to the probation office.

3  **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged Mr. Harris violated special condition number 3 by failing to engage in treatment services on August 30, and September 29, 2021.

On April 3, 2021, Mr. Harris' revocation judgment was explained to him. He was given a copy of his judgment and he indicated he understood his conditions of supervised release. Specifically, he was advised and he understood he was required to engagement in treatment as directed.

The August 2021 monthly treatment report from Pioneer Behavioral Health (PBH) shows Mr. Harris failed to show for group on August 30, 2021. Mr. Harris never called or alerted this officer he had failed to engage in group on that date. On September 29, 2021, staff at Pioneer Behavioral Health reported Mr. Harris again failed to show up for group at 9:30 a.m. on September 29, 2021.

Prob12C
Re: Harris, Eric James
September 29, 2021
Page 3

4  **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**:  It is alleged Mr. Harris violated standard condition number 5 by failing to report a change of residence on or about September 28, 2021.

On April 3, 2021, Mr. Harris' revocation judgment was explained to him. He was given a copy of his judgment and he indicated he understood his conditions of supervised release. Specifically, he was advised and he understood he was required to report any change of residence within 72 hours.

On September 27, 2021, Mr. Harris' ex-partner and mother to his child, Brittany Rankin, was contacted. She reported Mr. Harris was staying at her residence; however, on September 28, 2021, Ms. Rankin contacted this officer to advise Mr. Harris never returned home and she has not heard from him. This officer contacted Ms. Rankin on September 29, 2021, and she continues to report that Mr. Harris has not returned home nor has he returned her calls, and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 29, 2021

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/30/2021
Date