PROB 12C
(6/16)

Report Date: October 21, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Eric James Harris | Case Number: 0980 1:16CR02067-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99224 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 22, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence (01/12/2022) | Prison - 4 months; TSR -12 months | | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: | March 17, 2022 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | March 16, 2023 |

## PETITIONING THE COURT

To issue a summons.

On March 18, 2022, Mr. Harris and this probation officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Harris is alleged to have violated the terms of his supervision by using methamphetamine on or about September 4, 2022. |
| | Mr. Harris admitted using methamphetamine on or about September 4, 2022, during an office visit with this officer. |

Prob12C
**Re: Harris, Eric James**
**October 21, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: Mr. Harris is alleged to have violated the terms of his supervision by using methamphetamine on or about September 10, 2022.

Mr. Harris admitted using methamphetamine on or about September 10, 2022, during an office visit with this officer.

3   **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Harris is alleged to have violated the terms of his supervision by using methamphetamine on or about September 21 and 24, 2022.

Mr. Harris admitted using methamphetamine on or about September 21 and 24, 2022, during a telephone check-in.

4   **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Harris is alleged to have violated the terms of his supervision by failing to attend treatment as directed on or about October 10, 2022.

On October 10, 2022, this officer received notification from Mr. Harris' treatment provider he failed to attend treatment on the same date.

5   **Special Condition#3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Harris is alleged to have violated the terms of his supervision by using methamphetamine on or about October 8, 2022.

During an office visit on October 12, 2022, Mr. Harris admitted last using methamphetamine on October 8, 2022, and he was engaging in methamphetamine use every 4 days.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Harris, Eric James
October 21, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  s/Emely Cubias

10/21/2022

Emely Cubias
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

10/24/2022
Date